UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDSAY BILLINGSLEY, *et al.*,
    Plaintiffs,

v.

                    Case No. 4:17-cv-10542
                    Hon. Terrence G. Berg
                    Mag. J.: David R. Grand

LONE PINE ACQUISITIONS, LLC, *et al.*,
    Defendants.
_____

## STIPULATION TO DISMISS CASE
## WITH PREJUDICE AND WITHOUT FEES OR COSTS

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against all Defendants with prejudice and without attorney's fees or costs to either party.

| | |
|---|---|
| /s/ Gary D. Nitzkin | /s/ Wade Fink w/ permission |
| Gary D. Nitzkin (P41155) | Wade Fink |
| Attorney for Plaintiff | Attorney for Defendant |
| 22142 West Nine Mile Road | 370 E. Maple Rd., Third Floor |
| Southfield, Michigan  48034 | Birmingham, MI, 48009 |
| (248) 353-2882 | (248) 712-1054 |
| gary@crlam.com | wade@wadefinklaw.com |

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDSAY BILLINGSLEY, *et al.*,
    Plaintiffs,

v.

LONE PINE ACQUISITIONS, LLC, *et al.*,
    Defendants.

Case No. 4:17-cv-10542
Hon. Terrence G. Berg
Mag. J.: David R. Grand

_____

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT FEES OR COSTS

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that the within actions against all Defendants are hereby dismissed with prejudice and without fees or costs to either party.

Date: 9/20/2017        /s/Terrence G. Berg_____
                                  Judge of United States District Court